# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**TOMMY HORNE,**

    **Plaintiff,**

vs.                      **CASE NO.: 4:06-CV-527-SPM**

**COMMUNITY HOUSING PARTNERS CORPORATION,**

    **Defendant.**
_____/

## ORDER DISMISSING CASE

Pursuant to the "Defendant's Notice of Resolution" (doc. 13) filed January 9, 2007 and Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby

**ORDERED AND ADJUDGED** as follows:

1. This action is dismissed with prejudice.

2. Each party shall bear its own attorney's fees and costs.

3. All pending motions are denied as moot.

4. The Court will retain jurisdiction for <u>90 days</u> to ensure compliance with the settlement terms.

**DONE AND ORDERED** this <u>eleventh</u> day of January, 2007.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        United States District Judge

Case 4:06-cv-00527-SPM-WCS   Document 14   Filed 01/11/07   Page 2 of 2